FILED: November 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2208
(2:13-cv-00062-F)
_____

TROY D. PETTY; ANNAH A. PETTY

  Plaintiffs - Appellants

v.

MARVIN LUMBER AND CEDAR COMPANY, t/a MARVIN WINDOWS AND DOORS
  Defendant - Appellee

_____

O R D E R
_____

  The court extends the briefing schedule as follows:

Appendix due: 12/01/2015

Opening brief due: 12/01/2015

Response brief due: 01/04/2016

Any reply brief: 14 days from service of response brief.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk